# EXHIBIT D


BATCH # P09642
MFG: 01/2025
EXP: 01/2027
STORE IN A COOL, DRY PLACE.
Product Facts
Servings per Pack: 4 Servings
Serving Size: Half Tablet (0.35g)
Amount per Serving
% Daily Value
7-OH Mitragynine 10 mg *
Mitragynine 5 mg *
Caffeine 12.5 mg *
7 91126 25657 9
SUGGESTED USE: TAKE HALF OF ONE TABLET AND DO NOT TAKE MORE THAN HALF OF ONE TABLET PER 24 HOURS.
*Not a significant source of saturated fat, trans fat, cholesterol, dietary fiber, total sugars, added sugars, vitamin D, potassium, calcium, or iron.
Ingredients: Caffeine, 7-OH Mitragynine, Mitragynine, Microcrystalline Cellulose, Dicalcium Phosphate, Silicon Dioxide, Magnesium Stearate, Sucralose, Food Grade Colorant.
FDA Statement: This product has not been evaluated by the Food & Drug Administration for safety or efficacy. This product is not intended to Diagnose, cure, treat or prevent any disease.
Disclaimer: By using this product you accept full responsibility for any adverse events or health complications that may arise from its use. Manufacturers / resellers assume no responsibility for the use or misuse of this product.
This product may be habit forming.
THIS PRODUCT CONTAINS MITRAGYNA SPECIES LEAF EXTRACT.
Warnings:
• Effects may be delayed up to 90 minutes.
• DO NOT mix with Medication or Alcohol.
• NOT FOR SALE TO MINORS. Keep out of reach of children.
• There may be health risks associated with the consumption of this product.
• There may be additional health risks associated with the consumption of this product for those who are pregnant, nursing or plan to be pregnant.
• May cause drowsiness or impairment. Do not drive a motor vehicle or operate machinery.
PUREDOZO.COM
MADE IN USA
21+
DISTRIBUTED BY
dozo
3400 COTTAGE WAY,
SACRAMENTO, CA - 95825