# EXHIBIT A


21+
dozo
PERKS
7-HYDROXYMITRAGYNINE
WILD MANGO
PARTY BLEND
40 mg per pack
20 mg per tablet
Rapid release formula
SUPERIOR KRATOM ALKALOID
NET WT. 1.5g ( 0.053 OZ)