# EXHIBIT C


21+
RAPID RELEASE
dozo®
PERKS
7-HYDROXYMITRAGYNINE
PARTY BLEND
CHEWABLE
NATURAL
40 mg
per pack
20 mg
per tablet
4
Servings
SUPERIOR BOTANICAL ALKALOIDS
NET WT. 1.5g ( 0.053 OZ)