**LYNCH CARPENTER, LLP**
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Drive, Ste. 180
San Diego, CA 92122
Tel: 619-762-1910
Fax: 858-313-1850

*Attorneys for Plaintiff*
*and Proposed Class Counsel*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

H.S., individually and on behalf of all others similarly situated,

Plaintiff,

v.

LATRO INC., doing business as DOZO PERKS,

Defendant.

Case No.: 5:25-cv-00999-SSS-RAO

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE THAT** the above-captioned action is voluntarily dismissed **WITH** prejudice by Plaintiff H.S. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 12, 2025

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*

Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
9171 Towne Centre Drive, Ste. 180
San Diego, CA 92122
Tel: 619-762-1910
Fax: 858-313-1850

*Attorneys for Plaintiff and Proposed Class Counsel*